UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 17 CV 1826

**RICARDO LEON JESUS**

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK,P.O. MARTIN
MARTINEZ,#265, P.O. ERIC TYLER-D.E.A.
-N.Y.D.E.T.F.   P.O. JOHN DOE,#3)
P.O. JOHN DOE,#4). et.al.
52 PRECINT.

Defendant(s).

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes  ☐ No
(check one)

RECEIVED
SDNY DOCKET UNIT
2017 MAR 10  PM 3: 44

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name     **RICARDO LEON JESUS,**

              ID #      **#849-16-06178**

              Current Institution     **R.N.D.C. - RIKER'S ISLAND**

              Address     **11-11 HAZEN STREET,E.ELMHURST,NEW YORK,**
                                                              **11370**

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1     Name     **THE CITY OF NEW YORK,**     Shield #_____

                    Where Currently Employed _____

                    Address _____

*Rev. 05/2010*                                    1

Defendant No. 2    Name  P.O. MARTIN MARTINEZ, #265    Shield #_____
                   Where Currently Employed  CITY OF NEW YORK, N.Y.P.D.
                   Address  52nd,

Defendant No. 3    Name  P.O. ERIC TYLER- .E.A. of N.Y.    Shield #_____
                   Where Currently Employed  CITY OF NEW YORK
                   Address  1 POLICE PLAZA-FEDERAL PLAZA

Defendant No. 4    Name  _____  Shield #_____
                   Where Currently Employed  _____
                   Address  _____

Defendant No. 5    Name  _____  Shield #_____
                   Where Currently Employed  _____
                   Address  _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In  what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?

NON-APPLICABLE. - SEE ATTACHED STATEMENT

B.    Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?

NON-APPLICABLE. SEE ATTACHED STATEMENT

C.    What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?

NON-APPLICABLE. - SEE ATTACHED STATEMENT.

(SEE,ATTACHED STATEMENT OF FACT'S)

D.   Facts: _____

| What happened to you? |

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No

## "STATEMENT ON FACT'S"

#1.)  On or about the 25th,day of May,2016 at approxiametly 7:10 p.m.

in the county of the bronx,new york plaintiff was accosted by

several law enforcements under cover agents in plain clothings

from the Federal Task Force of Drug Enforcement Agency-N.Y.-D

E.T.F. unit by special agent"ERIC TYLER" and his detailed sec-

urity personell.

#2.)  Plaintiff  was falsely accused to been in possesion of concealed

contraband items in violation of penal law#220.21 and 220.16(1).

plaintiff is alleged to been observed on the street of East 191

Street,and Morris Avenue while in alleged possesion although the

alleged bag carrying such items was obstructed by colorful shade

the belief that plaintiff was in possesion came from a unnamed

pepson or informant known to the prosecutor had conveyed this

information to a subsequent police officer from the N.Y.P.D. of

"Continuation"

the 82nd precint statio house area name Detective MARTIN MARTINEZ,

Shield#265 of the assigned Drug Enforcement Task Force.Who became

the arresting police official in the arrest and injury liability.


#3.)  Plaintiff was approach by several officer's from the Task Force

unit who negated to identify themselves as Police Officials when

they encountered him,plaintiff was approached in a extreme violent

and aggresive manner which struct fright in him to believe he was

about to be assaulted & Robbed by the group of officers and began

run  for his safety.Next,plaintiff was chase and soon caught during

such time he was immediately shoved to the pavement ground and beat

upon by all the arriving police officers in the unit group.Plaintiff

never resisted arrest and remain upon the pavement curled up as each

police officer continuied to commence a unwarranted severe assault

upon him.

#4.)      Plaintiff was assaulted while he was in secured hand restraints

known as hand cuffs behind his back area.As a result of this

assault upon his person plaintiff was taken to BELLEVUE GENERAL

HOSPITAL,for immediate treatment of medical assistance. these

injuries consist of symptoms of vertigo,severe back injury trauma,


#5.)      Plaintiff wrote to the New York City Civilian Complaint Reveiw

Board Commission with a grievance complaint against these officers

and has not received any acknowledgment as of the date of the

filing of this civil complaint lawsuit.


#6.)      Plaintiff thereafter confided this information to his retained

criminal defense attorney Mr.TELESFORO DEL VALLE,Jr.Esq.at 445

Park Avenue,9th,Floor,New York,New York,10022 who have address

"Continuation"

that issue with the internal affairs division for the N.Y.-
P.D. and is awaiting for the final outcome from that file
complaint and investigation.

#7.)

Plaintiff was brutally assaulted while in physical restraints
handcuff behind his rear back.at the time of the assault the
plaintiff had lost full consciencesness of his surroundings &
enviroment. The defendants consisted of four police individuals
who commence the asssault upon plaintiff on the date of May,25,
2016.

#8.)

Plaintiff was eventually sent to the New York City department of
corrections after being arraigned upon the alleged criminal charges
upon entering the prison/facility he was given further medical
treatment of medications to assist his predictiment and condition.

## "LEGAL ARGUMENT"

#1.)    Plaintiff contends to proffer that the named defendants

        in the complaint unlawfully use excessive unnecessary force

        upon his person while he was in physical restraints, and had

        presented no apparent threat or risk to each police officer

        present at the time of his arrest.

#2.)    There is no mistaken impression to the unconstitutional civil

        violations attributted by the individual defendants in this

        claim or action per se. Plaintiff was not an typical aggressor

        towards the officials or defendants and the defendants at the

        time of the arrest was not preventing the plaintiff from making

        and attempt to escaping or obstructing apprehension at that precise

        moment leading up to the encounter, when essentially they(defendants)

        had not produce or displayed any law enforcement credentials I.D.

        themself's as members from the authoritive government the intent

"Continuation"

#3.)     and deliberate use of physical force is questioned to be

excessively unjustifiable.

#4.)     Plaintiff files this action under the 42 U.S.C. #1983 and

28 U.S.C. #1343,The use of force herein was completely un-

justified under the proscribed circumstances plaintiff was

faced with at the time of the encounter.The defendants has

elected to use the mechanical metal restraints when it is

considered by the department policy to be a excessive use

of force device and practically unreasonable. These acts

in themselves are arbitrary in nature,with punitive charact-

eristics under the lack of probale cause to inflict such

unnecessary violent misconduct upon plaintiff especially

under the circumstances for which he was physically secured

within the hand restraints.

# *Del Valle & Associates*

## Attorneys at Law

445 Park Avenue, 9th Floor
New York, New York 10022
(212) 481-1900

Telesforo Del Valle, Jr.
Michael J. Sluka
Lawrence D. Minasian
——
William Cerbone
Manuel Romero
Lucas E. Andino
Luis N. Colon
Rudy Velez
of counsel

Email: tdvesq@aol.com
Fax: (212) 481-4853

New Jersey Office
660 Newark Avenue
Jersey City, New Jersey 07306

Robert Torres
Legal Assistant

September 1, 2016

Clinic
Robert N. Davoren Center
11-11 Hazen St, East Elmhurst, NY 11370
Tel: (718)546-7067
Fax (718)546-7028

**Re:**   **Jesus Ricardo Leon,**
**Book & Case No. 3491606178**
**NYSID: 13499354N**

Dear Sir/Madam,

Our office represents Mr. Jesus Ricardo Leon, who is currently detained in your facility.

We write to you to kindly request you arrange for Mr. Jesus Ricardo Leon to receive immediate medical attention.

On May 25, 2016, after being arrested, he was taken to the Bellevue Hospital ER and was instructed to return for further symptoms and complaints. (See Discharge Report attached)

He has been having symptoms of vertigo and light headedness ever since. He was prescribed Meclizine HCL, 25 mg to prevent these symptoms, but he continues to have them and has fainted twice in your facility in the past few days.

Please arrange for Mr. Jesus Ricardo Leon to receive medical attention as soon as possible. Thank you.

Kind regards,

_____
Telesforo Del Valle, Jr., Esq.
*DEL VALLE & ASSOCIATES*

*Del Valle & Associates*

Attorneys at Law

445 Park Avenue, 9th Floor
New York, New York 10022
(212) 481-1900

Telesforo Del Valle, Jr.
Michael J. Sluka
Lawrence D. Minasian
—
William Cerbone
Manuel Romero
Lucas E. Andino
Luis N. Colon
Rudy Velez
    of counsel

Email: tdvesq@aol.com
Fax: (212) 481-4853

New Jersey Office
660 Newark Avenue
Jersey City, New Jersey 07306

Robert Torres
Legal Assistant

October 4, 2016

Clinic
Robert N. Davoren Center
11-11 Hazen St, East Elmhurst, NY 11370
Tel: (718)546-7067
Fax (718)546-7028

                        Re:    **Jesus Ricardo Leon,**
                               **Book & Case No. 3491606178**
                               **NYSID: 13499354N**

Dear Sir/Madam,

Our office represents Mr. Jesus Ricardo Leon, who is currently detained in your facility.

We write to you to kindly request you arrange for Mr. Jesus Ricardo Leon to receive immediate medical attention.

On May 25, 2016, after being arrested, he was taken to the Bellevue Hospital ER and was instructed to return for further symptoms and complaints. He has been having symptoms of vertigo and light headedness ever since. He was prescribed Meclizine HCL, 25 mg to prevent these symptoms, but he continues to have them and has fainted various times in your facility. The last time he fainted, on September 27, 2016, he fell and hurt his shoulder.

Please arrange for Mr. Jesus Ricardo Leon to receive medical attention as soon as possible. Thank you.

Kind regards,

                        _____
                        Telesforo Del Valle, Jr., Esq.
                        *DEL VALLE & ASSOCIATES*

Page 1 of 2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK          FELONY

                    -against-

Jose Rinaldo-Lara (M 33),                    ADA James Henley
                                             212-815-0173
                                Defendant

Detective Martin Maties, Shield 265 of the Drug Enforcement Task Force, states as follows:

*The defendant is charged with:*

1  PL 220.21(1)              Criminal Possession of a Controlled Substance in
                             the First Degree
                             (defendant #1: 1 count)

2  PL 220.16(1)              Criminal Possession of a Controlled Substance in
                             the Third Degree
                             (defendant #1: 1 count)

On or about May 25, 2016 at about 7:10 P.M., at the north east corner of East 191st Street & Morris Avenue in the County of Bronx and State of New York, the defendant knowingly and unlawfully possessed a substance containing a narcotic drug and said substance, compounds, mixture and substances are of an aggregate weight of eight ounces or more, in that defendant knowingly and unlawfully possessed a narcotic drug with intent to sell it.

*The factual basis for these charges are as follows:*

I was conducting surveillance with respect to an ongoing investigation, and observed the defendant exit 2685 Morris Avenue, Bronx, New York carrying a white Modell's bag. I am informed that Special Agent Ed- Tyler, DEA-NYDETF, observed the defendant walking on Davidson Avenue, with the same Modell's bag which now appeared to hold a box inside. Special Agent Tyler approached the defendant and requested identification, at which time the defendant dropped the bag and ran away. The bag contained a box, which contained approximately one (1) kilogram of heroin, as well as a smaller quantity of heroin.

I believe the substance is what it is alleged to be based upon my professional training as a police officer in the identification of drugs, my prior experience as a police officer making drug arrests, an observation of the packaging, which is characteristic of this type of drug and a field test of the substance which confirmed that the substance is in fact

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). "NO!"

B.      Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No _____    Do Not Know _____ "N/A"

C.      Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _____    Do Not Know _____ "N/A"

If YES, which claim(s)? _____

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No ✓

E.      If you did file a grievance, about the events described in this complaint, where did you file the grievance? "N/A"

1.      Which claim(s) in this complaint did you grieve? "N/A"

2.      What was the result, if any? "N/A"

3.      What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. "N/A"

F.      If you did not file a grievance:

1.      If there are any reasons why you did not file a grievance, state them here: "N/A"

2.      If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: "N/A"

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

"Non-Applicable"

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

VI.   **Previous lawsuits:**

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓_____

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:   "Non-Applicable"

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____   "Non-Applicable"

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes ____  No ____

If NO, give the approximate date of disposition _____

7.   What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____

_____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____  No. ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:   "Non-Applicable"

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes ____  No ____

If NO, give the approximate date of disposition _____

7.   What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **23** day of **Febrero** , 20 **17**

Signature of Plaintiff   _Ricardo Leon, Jesus_
Inmate Number   _# 349 - 16 - 06178_
Institution Address   _R. N. D. C_
_11 - 11 HAZEN ST_
_E. ElmHurst, New york_
_11370_

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **23** day of **Febrero** , 20 **17** am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _Jesus ricardo ._

Printed:16 Dec 16   1527:50

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
|MRN:3731158                              |
|Patient:Ricardo,Jesus                    |
|DOB:10/15/1962        Sex:M  Type:EP     |
|                                         |
|Visit Date:05/26/16 Visit# 3731158-1     |
|Location:emergency                       |
```

Page   7 of 10

Outpatient Chart Print

All Events - continued

Thu, 26May 0304 ED MD Disposition Note/Order (ED MD DisposiStatus: complete
             ED Attending          : Rern Lau, MD
             Provider              : Rern Lau, MD
             Disposition           : Discharged to Home or Self Care
             Disposition Date/Time  : Thu, 26 May 2016  0304
             Primary Dx            : Essential (primary) hypertension
             Secondary Dx(s)       : med clearance
             Discharge Rx          : none
             Focused Med Rec       : Medication Reconciliation Complete. No
                                     changes to current medications.
             Condition             : Stable
             Instructions for Pt   : Return for chest pain, shortness of breath or
                                     any other new or worse symptoms
             Discharge Center?     : no
             HIV Test Results      : no hiv test at this visit
             Follow Up             : return to ED for further complaints
             DC Report Language    : Spanish
             Whiteboard Display    : Patient in ED. Keep/Add back on Whiteboard.
             Instructions for RN   : please facilitate discharge
             Med Decision Making   : I viewed EKG(s) and independently made an
                                     interpretation.
             Tests Reviewed        : I have reviewed all labs, ancillary testing,
                                     and radiology resulted for this patient prior
                                     to disposition.
                                       Rern Lau, MD      (26 May 16  0305)

Documentation History        Employee                        Date/Time
documented by                Sig:Lau,Rern, MD  Emergency     05/26/16 03:05
                             Department , Attending Physician
                             (ESOF)

------------------------------------------------------------------------------
Thu, 26May 0321 Whiteboard Display (ED)                   Status: complete
             Whiteboard Display    : Patient left ED. Remove from all Whiteboards.
             Comment               : medically cleared and discharged by Md No IV
                                     line
                                       Nicola Brown, RN    (26 May 16  0321)
```

```
Printed:16 Dec 16  1527:50
```

| |
|---|
| MRN:3731158 |
| Patient:Ricardo,Jesus |
| DOB:10/15/1962      Sex:M  Type:EP |
| |
| Visit Date:05/26/16 Visit# 3731158-1 |
| Location:emergency |

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

Page  1 of 10

Outpatient Chart Print

===========================================================================

All Events

---------------------------------------------------------------------------

Thu, 26May 0107 ED Triage Note                        Status: complete
    Life Saving             : Complete Full Triage Note
    Communication Method    : NYPD
    Restraints              : Patient brought in to ED in handcuffs.
    Mode of Arrival         : police agency
    Chief Complaint         : Medical Clearance : HTN,
    Assessment              : aox3, respiration spontaneous and unlabored,
                              ambulatory
    Past Medical/Surgical Hx : htn
    Medications on Arrival  : canot recall name
    Allergies - Medications : no known drug allergies
    Allergies - Other       : no known allergens
    Domestic Violence       : Domestic Violence: no
    Psych Risk Assessment   : None indicated at this time
    ED Alerts               : None; NYPD Prisoner;
    Blood Pressure          : 154/85
    Pulse                   : 86
    Respirations            : 18
    Temperature             : 99.1 F (37.3 C)
    Temperature Method      : Oral
    O2 Saturation           : 98 %
    Suspected Infection?    : no
    Alteration of Mental Stat: no
    Pain Screen             : pt denies pain at this time
    ESI Level               : 4
    Team Assigned           : AES Team 3
    Suspected Sepsis        : no
    Blood/Body Fluid Exposure: no
                                      Sylwia Dziwirek, RN (26 May 16  0109)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Dziwirek,Sylwia, RN | 05/26/16 01:09 |
| | Nursing, Nurse - Registered | |
| | (ESOF) | |



```
Printed:16 Dec 16   1527:50
                                    |-----------------------------------------
Bellevue Hospital Center            |MRN:3731158
462 First Avenue                    |Patient:Ricardo,Jesus
New York, NY 10016                  |DOB:10/15/1962      Sex:M  Type:EP
                                    |
                                    |Visit Date:05/26/16 Visit# 3731158-1
                                    |Location:emergency
                                    |-----------------------------------------
```

Outpatient Chart Print

================================================================================

All Events - continued

Thu, 26May 0119 ED RN Initial Assessment                Status: complete
        Vital Signs             : Vitals recently documented and reviewed
        Pain Screen             : no change from last pain screen
        ESI Level               : 4
        Chief Complaint         : Medical Clearance : HTN,
        Triage Assessment       : aox3, respiration spontaneous and unlabored,
                                  ambulatory
        Pre-Hospital Tx         : None
        Focused Assessment      : Pt BIB NYPD MC: HTN; Pt aox3 unlabored
                                  breathing, bilat lungs clear; denies CP
                                  Dizziness HA SOB N/V/D; responsive to all
                                  stimuli; continent of bowel and bladder;
                                  abrasion to L elbow s/p arrest; further eval
                                  from Md in progress; Pt continue to be
                                  monitored
        Past Medical/Surgical Hx : htn
        Medications on Arrival   : canot recall name
        Allergies - Medications  : no known drug allergies
        Allergies - Other        : no known allergens
        Med Allergy(ies) Document: (Yes) Allergies reviewed or documented
        Domestic Violence        : Domestic Violence: no
        Psych Risk Assessment    : None indicated at this time
        ED Alerts                : None; NYPD Prisoner
        HIV Test Offering        : Offered and patient declines HIV testing
        Preferred Language       : Spanish
        Communication Ability    : Able to communicate
        Language Used            : Spanish
        Interpreter Name/Modality: staff
        Suspected Sepsis         : no
                                        Nicola Brown, RN    (26 May 16  0122)

Documentation History          Employee                    Date/Time
documented by                  Sig:Brown,Nicola, RN   Nursing,  05/26/16 01:22
                               Nurse - Registered (ESOF)
```

Printed:16 Dec 16   1527:50

```
-------------------------------------
|MRN:3731158                         |
|Patient:Ricardo,Jesus               |
|DOB:10/15/1962      Sex:M  Type:EP  |
|                                    |
|Visit Date:05/26/16 Visit# 3731158-1|
|Location:emergency                  |
-------------------------------------
```

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

Page  5 of 10

Outpatient Chart Print

====================================================================

**All Events - continued**

Thu, 26May 0256 ED Provider Initial Note          Status: complete
| | |
|---|---|
| Time Patient Seen | : Thu, 26 May 2016  0256 |
| Communication Method | : Direct Communication in English |
| ED Attending | : Rern Lau, MD |
| Provider | : Rern Lau, MD |
| ROS | : Review of systems negative except as below and in HPI. |
| Provider Note | : Patient is a 53yo man who was BIB NYPD for medical clearance because of hx HTN. No chest pain, states he felt short of breath as he was running from PD but had no other symptoms at the time, no current dyspnea or neurologic symptoms. Has longstanding hx HTN. Doesn't know his meds. Last took medication 4 days ago. Last time evaluated by MD was 3 months ago in Mexico. |

PMHx/meds/all per nursing

PE: VS per nursing
EKG NSR 90, otherwise normal
see also attached physical exam

A/P HTN, chronic, asymptomatic, cleared for
arraignment at this time and given return
precautions.

| | |
|---|---|
| RN Note Reviewed | : I have reviewed the RN notes and documented any additions in the Provider note field. |
| Provider Exam | : No apparent distress. Alert and oriented X3 Well developed, well nourished. Pt has no pallor. Eye exam within normal limits. ENT exam within normal limits. Respiratory exam is within normal limits. CV exam within normal limits. GI exam within normal limits. No evidence of trauma/ facial trauma. Alert and oriented X3. Cranial nerves II - XII |

# NYC HEALTH+ HOSPITALS

**Insurance: Self Pay**

## RICARDO, LEON JESUS

~~NYSID: 13499354N   BookCase: 3491606178~~
Facility Code: RNDC Housing Area: 4UN
53 Y old Male, DOB: 10/15/1962
Account Number: 330345
312 E 183 ST, BRONX, NY

**Appointment Facility: West Facility**

**08/16/2016**

**Appointment Provider: Olga Segal, MD**

### Current Medications
**Taking**
● Debrox 6.5 % Solution Total Dose: 10cc
Every 12 Hours, stop date 08/30/2016, Drug
Source: Pharmacy

### Allergies
N.K.D.A.

### Reason for Appointment
1. Neuro

### History of Present Illness

Notes::
    53yo RH Spanish-speaking HM with PMHx R-occipital trauma
May 2016 with subsequent Left decreased hearing and
lightheadedness, R-occipital pain, presented on 8/16/16 for initial
evaluation of lightheadedness (resolved).
    Referral: 53 yrs old man is c/o Dizziness x 2 yrs.
    Martha assisted in translation.
    Pt reports he has pain in the skin of his R-post head for 3 months,
not 2 years. No neck pain or in his back. Pt feels the pain is inside his
head, but pt also indicates when he presses on the skin of his head, it
elicits pain. Pt reports the symtoms began when he was in UOF 3
month ago, in May 25, 2016; he was kicked in his head and in his left
stomach. He felt a bit dizzy for about 2 days, but no LOC, no AMS. Pt
reports there was no scalp or any other bleeding then. When
questioned about the small scar at the R-occipital location, pt reports
"someone threw stone at his head and he required stitches then" at age
10 yrs old, but no subsequent problems. Pt reports he was told by
others there was black and blue along his post right neck. When asked
about the skin pucker on his R-post neck pt states it appeared AFTEr
the UOF, but does not cause him any pain or any discomfort. The pain
is mild, intermittent, and mostly in the R-post boney occiput. Pt
expected the pain to resolve by now. No pain anywhere else in his head
or face or neck. No focal weakness or numbness in b/l UE and LE, but
reports a little discomfort on ROM of his Left shoulder that is improved
with rotations of his left shoulder joint. No B/B issues, no incontinence.

    When questioned about any dizziness/vertigo/mareo, pt responds
"not anymore", none now. Pt reports he initially felt a bit dizzy and had
difficulty getting up that later resolved or may occur still very mildly
and occasionaly. No vertigo ever at any point. He reports after the
trauma, when he woke up in the morning, he needs to take his time
standing up; otherwise, he felt "dizzy", lightheaded. He reports those
sypmtoms have imrproved gradually adn were gone after 1 month.
    Pt reprots he felt a bit disoriented and had difficulty remembering
his phone number and returned to baseline after 1 week. Pt reports
some difficulty sleeping since admission to jail but no changes since the

---

**Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Olga Segal, MD   08/16/2016**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

trauma. Pt denies any visual changes, no blurry or double vision.

Pt denies any problems with his ears. When questioned further, pt reports he was told he could not hear well out of his left ear only, but was given drops last Friday and his hearing went back to normal. No tinnitus. When questioned about the cotton ball in his Right ear canal, pt states he is not aware of it. Pt admits to using a lot of Qtips. Pt again denies any dizziness for 2 years. Pt admits to good exercise tolerance and reports he feels occasional "pause" when he does push ups.

Very vague history despite extensive attempts to clarify with the translator. Pt seems to indicate htat his mareo/lightheadedness has mostly resolved, his left hearing deficit resolved. He still continues to have occasional R-occipital pain that is ONLY present when he touches/presses on his scalp, that he tried taking Motrin for from another inmate with some relief but only had 3 doses.

Extensive chart review was performed and was discussed with the pt.

Dr. Kramer ENT 8/10/16: SPC-ENT Patient presents with intermintent left hearing loss, no evident tinnitus or Vertigo.

HEENT: Otoscopic exam. revels bilateral obstructing Cerumen. TM's are not visualized.

1. Impacted cerumen Start Debrox Solution, 6.5 %, Total Dose: 10cc, Otic, Every 12 Hours, 10 days, 1 box, Refills 1, Drug Source: Pharmacy Follow Up 1 Week (Reason: Aural Irrigation.)

Cardiology Dr. Lorin 8/8/16: Cardiology Ricardo, leon 53 yo with dizziness for 2 years. Used spanish interpreter.

ECG 6/9/16 sinus, nl ecg. No evidence of preexcitation. Pt has never been diagnosed with any heart disease. Last year he saw a cardiologist for occasional palpitations. Last palpitations were 5 months ago. Only testing was ECG.

-htn, -dm, -cigs.

Good exercise tolerance - does one hour of exercise -runs, pushups each day. No chest pain. Denies syncope.

HEART: regular rate and rhythm, normal S1S2, no murmur, no rub, no gallop, or click.

Pt currently asymptomatic for past 5 months. Excellent exercise duration.

1. Dizziness and giddiness Notes: If palpitations recur, can consider starting metoprolol.

LABS: Utox/RPR/HepA/CBC=wnl, Chem with gluc=140.

**Examination**

General Examination:
GENERAL APPEARANCE: well-developed, no acute distress.
NECK: GENERAL:-, supple, no carotid bruit.
HEART: HEART SOUNDS:-, normal S1S2.

Neurological:
CORTICAL FUNCTIONS: alert and oriented X 3, comprehension and language intact, general knowledge and judgement within normal variation.
CRANIAL NERVES: CN II - Visual acuity , grossly normal , CN - II Visual Fields: , normal to confrontation testing , CN - III Pupils: , equal , round , reactive to light and accomodation , CN III, IV and VI - EOM:, normal extraocular movements and alignment to gaze , CN V -

**Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Olga Segal, MD   08/16/2016**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...   12/14/2016

Trigeminal:, normal facial sensation and ability to clench jaw , CN VII - Facial: , symmetric movement of the forehead and mouth with tight closure of the eyes , CN VIII - Auditory: , hearing was normal , CN IX - Glossophar: , uvula rises normally with gag and phonation, CN XI - Spinal access: , able to raise shoulders and turn head to midline against resistance , CN XII - Hypoglossal:, tongue protrudes in midline and no tremor or fasciculations. No papilledema b/l. Otoscopic exam: R-ear pt has inserted cotton, L-ear obscured by wax. No facial/ant cervical TTP. No frontal/temp TTP. Pt has a small 2 cm well -healed scar on R-occipital region that he reports is tender with superficial radiating pain down the R-occiput and ending at a skin puckering on R-post neck behind the posterior margin of R-SCM. No SCM TTP b/l. Neck with full ROM. No mastoid TTP. .

MOTOR STRENGTH: V/ V bilaterally in UE and LE, normal tone, no facics, no atrophy..

SENSORY: normal, pinprick sensation intact, vibration sensation intact, pain adn temp sensation normal , no spinal TTP. .

REFLEXES: bilaterally symmetrical at 1+ in b/l B, T, BR and in b/l P and A, babinski negative.

TREMORS: absent.

COORDINATION: finger to nose normal bilaterally .

GAIT AND STATION: Within normal limits, Romberg was negative.

SPEECH: normal.

MUSCLE BULK: normal .

PRONATOR DRIFT: not present .

## Assessments
1. Dizziness and giddiness - 780.4

## Treatment

### 1. Dizziness and giddiness
Start Ibuprofen Tablet, 400 MG, Total Dose: 400mg, Orally, Every 6 Hours, as needed, 7 days, Drug Source: Pharmacy
Notes: 53yo RH Spanish-speaking HM with PMHx R-occipital trauma May 2016 with subsequent Left decreased hearing and lightheadedness, R-occipital pain, presented on 8/16/16 for initial evaluation of lightheadedness (resolved).
Exam with No papilledema b/l and no CN abnormalities. Otoscopic exam: R-ear pt has inserted cotton, L-ear obscured by wax. No facial/ant cervical TTP. No frontal/temp TTP.
Pt has a small 2 cm well -healed scar on R-occipital region that he reports is tender with superficial radiating pain down the R-occiput and ending at a skin puckering on R-post neck behind the posterior margin of R-SCM. No SCM TTP b/l. Neck with full ROM.
IMP: very vague history, symptoms appear to have mostly resolved, though subjective complaints fluctuate, r/o intracranial/skull fracture (unlikely), scalp, subQ, focal MSK spasm, focal neuralgia (less likely).
PLAN:
-Head CT no contrast to rule out intracranial abnormality, bleed, skull;
-continue f/u with ENT, need to remove R-ear canal cotton balls and evaluate TM, as well as right post neck; continue drop for now;
-HA diary;
-Motrin prn;

---

Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Olga Segal, MD   08/16/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...   12/14/2016

-further eval based on the resutls of the above.

**Follow Up**
4-6 Weeks

Disposition: General Population

**Appointment Provider: Olga Segal, MD**



**Electronically signed by Olga Segal MD, MD on 08/16/2016 at 01:32 PM EDT**

**Sign off status: Completed**

**Addendum:**
08/18/2016 04:49 PM Walker, Curt > Pt was seen. Medication written by consultant. Pt to RTC 4 - 6 WEEKS

**West Facility**
**16-06 Hazen Street**
**East Elmhurst, NY 11370**
**Tel: 347-774-7000**
**Fax: 347-774-8088**

Patient: **RICARDO, LEON JESUS**   DOB: **10/15/1962**   Progress Note: Olga Segal, MD   08/16/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for RICARDO, LEON JESUS

Page 1 of 4



RICARDO, LEON JESUS

NYSID: 15499354N  BookCase: 349760618
Facility Code: RNDC  Housing Area: 3UN
53 Y old  Male, DOB: 10/15/1962
Account Number: 330335
312 E 182 ST, BRONX, NY

Insurance: Self Pay

Appointment Facility: West Facility

08/16/2016

Appointment Provider: Olga Segal, MD

## Current Medications
**Taking**
• Debrox 6.5 % Solution Total Dose: 10cc
Every 12 Hours, stop date 08/30/2016, Drug
Source: Pharmacy

## Allergies
N.K.D.A.

## Reason for Appointment
1. Neuro

## History of Present Illness

Notes::
   53yo RH Spanish-speaking HM with PMHx R-occipital trauma
May 2016 with subsequent Left decreased hearing and
lightheadedness, R-occipital pain, presented on 8/16/16 for initial
evaluation of lightheadedness (resolved).
   Referral: 53 yrs old man is c/o Dizziness x 2 yrs .
   Martha assisted in translation.
   Pt reports he has pain in the skin of his R-post head for 3 months,
not 2 years. No neck pain or in his back. Pt feels the pain is inside his
head, but pt also indicates when he presses on the skin of his head, it
elicits pain. Pt reports the symtoms began when he was in UOF 3
month ago, in May 25, 2016; he was kicked in his head and in his left
stomach. He felt a bit dizzy for about 2 days, but no LOC, no AMS. Pt
reports there was no scalp or any other bleeding then. When
questioned about the small scar at the R-occipital location, pt reports
"someone threw stone at his head and he required stitches then" at age
10 yrs old, but no subsequent problems. Pt reports he was told by
others there was black and blue along his post right neck. When asked
about the skin pucker on his R-post neck pt states it appeared AFTEr
the UOF, but does not cause him any pain or any discomfort. The pain
is mild, intermittent, and mostly in the R-post boney occiput. Pt
expected the pain to resolve by now. No pain anywhere else in his head
or face or neck. No focal weakness or numbness in b/l UE and LE, but
reports a little discomfort on ROM of his Left shoulder that is improved
with rotations of his left shoulder joint. No B/B issues, no incontinence.

   When questioned about any dizziness/vertigo/mareo, pt responds
"not anymore", none now. Pt reports he initially felt a bit dizzy and had
difficulty getting up that later resolved or may occur still very mildly
and occasionally. No vertigo ever at any point. He reports after the
trauma, when he woke up in the morning, he needs to take his time
standing up; otherwise, he felt "dizzy", lightheaded. He reports those
sypmtoms have imrpoved gradually adn were gone after 1 month.
   Pt reprots he felt a bit disoriented and had difficulty remembering
his phone number and returned to baseline after 1 week. Pt reports
some difficulty sleeping since admission to jail but no changes since the

Patient: RICARDO, LEON JESUS    DOB: 10/15/1962    Progress Note: Olga Segal, MD    08/16/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...    8/19/2016

Trigeminal:, normal facial sensation and ability to clench jaw, CN VII - Facial: . symmetric movement of the forehead and mouth with tight closure of the eyes , CN VIII - Auditory: , hearing was normal , CN IX - Glossophar: , uvula rises normally with gag and phonation. CN XI - Spinal access: , able to raise shoulders and turn head to midline against resistance . CN XII - Hypoglossal:, tongue protrudes in midline and no tremor or fasciculations. No papilledema b/l. Otoscopic exam: R-ear pt has inserted cotton, L-ear obscured by wax. No facial/ant cervical TTP. No frontal/temp TTP. Pt has a small 2 cm well -healed scar on R-occipital region that he reports is tender with superficial radiating pain down the R-occiput and ending at a skin puckering on R-post neck behind the posterior margin of R-SCM. No SCM TTP b/l. Neck with full ROM. No mastoid TTP. .

MOTOR STRENGTH: V/ V bilaterally in UE and LE, normal tone, no facics, no atrophy..

SENSORY: normal, pinprick sensation intact, vibration sensation intact, pain adn temp sensation normal , no spinal TTP. .

REFLEXES: bilaterally symmetrical at 1+ in b/l B, T, BR and in b/l P and A, babinski negative.

TREMORS: absent.

COORDINATION: finger to nose normal bilaterally .

GAIT AND STATION: Within normal limits, Romberg was negative.

SPEECH: normal.

MUSCLE BULK: normal .

PRONATOR DRIFT: not present .

## Assessments

1. Dizziness and giddiness - 780.4

## Treatment

**1. Dizziness and giddiness**

Start Ibuprofen Tablet, 400 MG, Total Dose: 400mg, Orally, Every 6 Hours, as needed, 7 days, Drug Source: Pharmacy

Notes: 53yo RH Spanish-speaking HM with PMHx R-occipital trauma May 2016 with subsequent Left decreased hearing and lightheadedness, R-occipital pain, presented on 8/16/16 for initial evaluation of lightheadedness (resolved).

Exam with No papilledema b/l and no CN abnormalities. Otoscopic exam: R-ear pt has inserted cotton, L-ear obscured by wax. No facial/ant cervical TTP. No frontal/temp TTP.

Pt has a small 2 cm well -healed scar on R-occipital region that he reports is tender with superficial radiating pain down the R-occiput and ending at a skin puckering on R-post neck behind the posterior margin of R-SCM. No SCM TTP b/l. Neck with full ROM.

IMP: very vague history, symptoms appear to have mostly resolved, though subjective complaints fluctuate. r/o intracranial/skull fracture (unlikely), scalp, subQ, focal MSK spasm, focal neuralgia (less likely).

PLAN:

-Head CT no contrast to rule out intracranial abnormality, bleed, skull: -continue f/u with ENT. need to remove R-ear canal cotton balls and evaluate TM, as well as right post neck; continue drop for now;

-HA diary;

-Motrin prn;

Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Olga Segal, MD   08/16/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...   8/19/2016

# NYC HEALTH+ HOSPITALS

Insurance: Self Pay

## RICARDO, LEON JESUS

NYSID: 13499354N  BookCase: 3491606178
Facility Code: RNDC Housing Area: 4CS
54 Y old Male, DOB: 10/15/1962
Account Number: 330345
312 E 183 ST, BRONX, NY

Appointment Facility: West Facility

11/01/2016

Sai Kolla, MD

### Reason for Appointment
1. specialty clinic NEURO

### History of Present Illness
Notes::
    53 yrs old rt handed male with hx of head injury about five months ago resulting dizziness and sub occipital pain came for f/u. Pt reports that he is feeling much better than before regarding dizziness but has rt sided neck pain. Denies h/v, n/v, imbalance, visual problems and weakness in the extremities or b/b disturbances. Pt did not go for Ct scan of head to BVH. Pt was seen by ENT for decreased hearing.

### Examination
General Examination:
    GENERAL APPEARANCE: well-appearing, no acute distress.
Neurological:
    CORTICAL FUNCTIONS: alert and oriented X 3, speech fluent.
    CRANIAL NERVES: III , IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub normal in rt ear and decreased in left ear, IX , X- Palate rose in midile., XI - Sternocleidomastoid, trapezius strength intact., XII - Tongue protruded midline w/o atrophy or fasciculations.
    MOTOR STRENGTH: V/ V bilaterally, no drift, no cogwheeling. Mild tederness present over rt side of the head in sub occipital area. No tederness over cervical paraspinals and movements of the neck not restricted..
    SENSORY: normal bilaterally for L/T.
    REFLEXES: bilaterally symmetrical, .
    PLANTARS: downgoing bilaterally, Hoffman sign neg.
    CEREBELLAR SIGNS: absent.
    TREMORS: absent.
    COORDINATION: finger-to-nose and rapid alternating movements were intact, No ataxia.
    GAIT AND STATION: Within normal limits, Romberg was negative.

### Assessments
1. Head injury, unspecified - 959.01

Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Sai Kolla, MD   11/01/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

# NYC HEALTH+ HOSPITALS

**RICARDO, LEON JESUS**

NYSID: 13499354N  BookCase: 3491606178
Facility Code: RNDC Housing Area: 4CS
54 Y old Male, DOB: 10/15/1962
Account Number: 330345
312 E 183 ST, BRONX, NY

Insurance: Self Pay

Appointment Facility: Robert N. Davoren Center

**11/16/2016**

Appointment Provider: Donald Mcgibbon, PA

**Past Medical History**
No Medical History.

**Allergies**
N.K.D.A.

**Reason for Appointment**
1. C/o headache

**History of Present Illness**
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
      Non-Intake Acuity Scale 2: *Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*
    C/O headache. S/P head injury approx. 5 monyths ago. State had daily headaches that is approx 5-7 on pain scale. State today feels like 7. patient seen by Neuro. 11/1/2016 with CT scan ordered/pending. Denies new symptoms,nausea,dizziness of chest pain.

**Vital Signs**

| BP | | |
|---|---|---|
| 115/68 | 11/16/2016 07:49:09 PM | Donald Mcgibbon |
| **Pulse** | | |
| 66 | 11/16/2016 07:49:09 PM | Donald Mcgibbon |
| **RR** | | |
| 16 | 11/16/2016 07:49:09 PM | Donald Mcgibbon |
| **Temp** | | |
| 97.2 | 11/16/2016 07:49:09 PM | Donald Mcgibbon |
| **Pain scale** | | |
| 7 | 11/16/2016 07:49:09 PM | Donald Mcgibbon |

**Examination**

General Examination:
    GENERAL APPEARANCE: well-developed, no acute distress.
    HEENT: **HEAD:-**, normocephalic, **EYES:-**, PERRLA, EOMI.
    NECK: GENERAL:-, supple, no nuchal rigidity.

Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Donald Mcgibbon, PA   11/16/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...    12/14/2016

HEART: PMI:-, normal, RATE:-, regular, RHYTHM:-, regular.
LUNGS: clear to auscultation.
NEUROLOGIC EXAM: alert and oriented x 3, CN's II-XII grossly intact.

**Assessments**
1. Head injury, unspecified - 959.01

**Treatment**
**1. Head injury, unspecified**
Start Naprosyn Tablet, 250 MG, Total Dose: 500 mg po stat then 500 mg, Orally, Twice a Day, as needed, 4 days, Drug Source: Pharmacy

**Appointment Provider: Donald Mcgibbon, PA**



**Electronically signed by Donald Mcgibbon PA on 11/16/2016 at 11:05 PM EST**

**Sign off status: Completed**

**Robert N. Davoren Center**
**11-11 Hazen Street**
**East Elmhurst, NY 11370**
**Tel: 347-774-7000**
**Fax: 347-774-8088**

Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Donald Mcgibbon, PA   11/16/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for RICARDO, LEON JESUS

**NYSID:** 13499354N **BookCase:** 3491606178
**Facility Code:** RNDC **Housing Area:** 4CS
**Patient:** RICARDO, LEON JESUS
**Account Number:** 330345
**DOB:** 10/15/1962 **Age:** 54 Y **Sex:** Male
**Phone:**
**Address:** 312 E 183 ST, BRONX, NY

**Provider:** Todd Cowdery, MD

**Date:** 11/29/2016

## Subjective:

**Chief Complaints:**
   1. Recurrent headache, hearing loss.

**HPI:**
   VISIT COMPLEXITY SCALE:
      NON-INTAKE ACUITY
      Non-Intake Acuity Scale  *3: Two Chronic Conditions addressed including narrative assessment and plan for each, f/u time frame specified, appropriate labs and referrals*
   TEMPLATES:
      Sick Call: (patient Spanish speaking, communication via phone translator service, Mark, # 247892)
      Patient questions status of Head CT recommended by Neurology to f/u recurrent R occipital headaches, L partial hearing loss, lightheaded spells which he relates have occurred s/p 5/16 R occipital head trauma. Notes no worsening of symptoms. Questions why hearing has not been checked.
      Review of chart:
      - Neurology evaluations 8/16, 9/7, 11/1 2016
      - ENT evaluation 8/17/16: cerumen impaction, resolved post irrigation.

**Medications:** Flomax 0.4 MG Capsule Total Dose: 0.4 Daily, stop date 02/19/2017, KOP: No, Drug Source: Pharmacy

**Allergies:** N.K.D.A.

## Objective:

**Vitals:**

|  | BP | | |
|---|---|---|---|
| 111/67 | 11/29/2016 03:03:31 PM | Todd Cowdery | |
|  | **Pulse** | | |
| 61 | 11/29/2016 03:03:31 PM | Todd Cowdery | |
|  | **RR** | | |
| 16 | 11/29/2016 03:03:31 PM | Todd Cowdery | |
|  | **Temp** | | |
| 96.3 | 11/29/2016 03:03:31 PM | Todd Cowdery | |

**Examination:**
   General Examination:
      GENERAL APPEARANCE: well-appearing, no acute distress.
      HEENT: **HEAD:-**, normocephalic, atraumatic, **EYES:-**, PERRLA, EOMI, **FUNDI:-**, normal, **EARS:-**, external ear unremarkable, partial cerumen impaction, able to hear clicked fingernails bilaterally **NOSE:-**, normal pink mucosa, **THROAT:-**, clear, no exudate.
      ORAL CAVITY: mucosa moist.
      NECK: no lymphadenopathy, no thyromegaly, nontender and FROM, supple.
      HEART: RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-, normal S1S2, MURMURS:-, none.
      CHEST: SHAPE AND EXPANSION:-, normal.
      LUNGS: clear to auscultation, no wheezes/rhonchi/rales.
      SKIN: well healed R occipital area scar, ~ 1cm; R posterior lateral neck: ~ 1-2cm indented area, nontender, no signs infection.
      NEUROLOGIC EXAM: CN's II-XII grossly intact.
      MENTAL STATUS: alert , oriented to person, oriented to place, oriented to time, normal speech,

Case 1:17-cv-01826-LTS-KHP Document 2 Filed 03/10/17 Page 31 of 40

euthymic mood, No homicidal thinking, No suicidal thinking, no hallucinations, no delusions.

## Assessment:

**Assessment:**
1. Headache - 784.0
2. Head injury, unspecified - 959.01
3. CONDUCT HEARING LOSS NOS - 389.00

## Plan:

**1. Headache**
Notes: 1. Discussed w/ patient Head CT scheduling pending:
"Shaaban,Morsi , MD 11/7/2016 4:08:48 PM > seen by Neurologist on island , request CT of the head without contrast
Smith,Carol 11/15/2016 11:56:17 AM > Reviewed by Patient Services for Processing
Smith,Carol 11/18/2016 9:53:12 AM > As per Grace B/BHC to J Marshall/BHC scheduling unit, please open a RP visit. Re-entering referral for appointment"
2. Email sent to SMD re: status update re: scheduling
3. f/u w/ Neurology as scheduled.

**2. CONDUCT HEARING LOSS NOS**

Referral To: Audiologist (REF) Bellevue    Audiologist (Pending Approval)
                    Reason: c/o decreased hearing L ear s/p head trauma 6 mos ago

**Disposition:**
Disposition: Return to Current Housing

**Provider:** Todd Cowdery, MD
**Patient:** RICARDO, LEON JESUS **DOB:** 10/15/1962 **Date:** 11/29/2016



**Electronically signed by Todd Cowdery , MD on 11/29/2016 at 03:51 PM EST**
**Sign off status: Completed**

RVOC

**BELLEVUE HOSPITAL CENTER**
DEPARTMENT OF RADIOLOGY
DOWNTIME PAPER REQUEST FOR RADIOLOGY EXAMS
**C.A.T SCAN** (Tel: 212.562.3854)

| DATE OF REQUEST 8/16/16 | PATIENT NAME: Ricardo, Leon Jesus |
|---|---|
| REQUESTED BY | MRN: 3491606178 |
| CONTACT NUMBER 718 546 5200 | DOB: |
| | SEX: M   10/15/62 |

REFERRING CLINICIAN?? 
Correctional Health system

| ☑ BRAIN | ☐ PARANASAL SINUS | ☐ CHEST | ☐ UPPER EXTREMITY | ☐ SPECIAL PROCEDURE |
|---|---|---|---|---|
| ☐ PITUITARY | ☐ FACIAL | SPECIFY: | SPECIFY: | |
| | ☐ ORBIT | | | SPECIFY: |
| | ☐ MANDIBLE | | ☐ LOWER EXTREMITY | |
| | ☐ NECK | | SPECIFY: | |
| SPINE: | ☐ TEMPORAL BONE | ☐ ABDOMEN / PELVIS | | |
| ☐ CERVICAL | ☐ BRACHIAL PLEXUS | | | |
| ☐ THORACIC | ☐ OTHER - SPECIFY: | SPECIFY: | ☐ PELVIS / ACETABULUM | |
| ☐ LUMBAR | | | ☐ LEFT   ☐ RIGHT | |

☑ NON CONTRAST   ☐ IV CONTRAST                    ☐ ORAL CONTRAST   ☐ REDICAT   ☐ GASTROGRAFIN
☐ SITE OF SUSPECTED LESION                         ☐ CLINICAL DIAGNOSIS

| PERTINENT HISTORY  ® occiput trauma | RESULTS OF OTHER RELATED STUDIES  pain |
|---|---|

PRIOR CT: YES____ NO____   IF YES YEAR:____   INSTITUTION:

**CONTRAST SURVEY:**
IS THE PATIENT DIABETIC:   ☐ YES  ☐ NO
BUN / CREATININE : _____ / _____   (must be within the last SIX MONTHS)

ANY HISTORY OF ASTHMA:   ☐ YES  ☐ NO               **\*\*STEROID PREP:\*\***
ALLERGIES:   ☐ YES ☐ NO
IF YES, SEE STEROID PREP                           PREDNISONE 50 mg PO 24 / 12 / & 1HR
PRIOR TO EXAMINATION
                                                   MEDICATION GIVEN ____ YES ____ NO
IS THE PATIENT PREGNANT:   ☐ YES  ☐ NO

INFECTIOUS DISEASE PRECAUTIONS (IF YES, BE SPECIFIC): ☐ YES  ☐ NO
DNR STATUS:   RESUSCITATE   DNR ( TO BE CONFIRM IN CHART AT BELLEVUE RADIOLOGY)
BELOW THIS LINE FOR CT RADIOLOGY USE ONLY
CT PROTOCOL:                                        RADIOLOGIST APPROVAL

| DATE SCHEDULED | RUN NUMBER | DATE COMPLETED | DISK |
|---|---|---|---|
| TECH COMMENTS: | | | |

3491606178

10/15/62

**BELLEVUE HOSPITAL CENTER**
DEPARTMENT OF RADIOLOGY
DOWNTIME PAPER REQUEST FOR RADIOLOGY EXAMS
C.A.T SCAN (Tel: 212.562.3054)

| DATE OF REQUEST 9/2/16 | PATIENT NAME: RICARDO, Leon Jesus |
| REQUESTED BY  SM   JOSE | MRN: |
| | DOB: 10/15/62 |
| CONTACT NUMBER 718 546 5200 | SEX: M |

REFERRING CLINIC/UNIT
Correctional Health system

| ☑ BRAIN | ☐ PARANASAL SINUS | ☐ CHEST | ☐ UPPER EXTREMITY | ☐ SPECIAL PROCEDURE |
| | ☐ FACIAL | | SPECIFY: | |
| ☐ PITUITARY | ☐ ORBIT | SPECIFY: | | SPECIFY: |
| | ☐ MANDIBLE | | ☐ LOWER EXTREMITY | |
| | ☐ NECK | | SPECIFY: | |
| SPINE: | ☐ TEMPORAL BONE | ☐ ABDOMEN / PELVIS | | |
| ☐ CERVICAL | ☐ BRACHIAL PLEXUS | | ☐ PELVIS / ACETABULUM | |
| ☐ THORACIC | ☐ OTHER - SPECIFY: | SPECIFY: | | |
| ☐ LUMBAR | | | ☐ LEFT   ☐ RIGHT | |

☑ NON CONTRAST   ☐ IV CONTRAST          ☐ ORAL CONTRAST   ☐ REDICAT ☐ GASTROGRAFIN

| ☐ SITE OF SUSPECTED LESSION Head | ☑ CLINICAL DIAGNOSIS DIZZINESS  If DIDDINESS |
| PERTINENT HISTORY run by WF neurology to R/O Intracranial abnorm, bleed, skull Fx | RESULTS OF OTHER RELATED STUDIES |
| PRIOR CT: YES ___ NO ✓ IF YES YEAR: | INSTITUTION: |

CONTRAST SURVEY:
IS THE PATIENT DIABETIC:   ☐ YES ☑ NO
BUN / CREATININE : _____ (must be within the last SIX MONTHS)

ANY HISTORY OF ASTHMA:   ☐ YES ☑ NO          **STEROID PREP:**
ALLERGIES:   ☐ YES ☑ NO
IF YES, SEE STEROID PREP          PREDNISONE 50 mg PO 24 / 12 / & 1HR
PRIOR TO EXAMINATION
                               MEDICATION GIVEN ____ YES ____ NO
IS THE PATIENT PREGNANT:   ☐ YES ☑ NO
INFECTIOUS DISEASE PRECAUTIONS (IF YES, BE SEPCIFIC): ☐ YES   ☐ NO _____
DNR STATUS:   RESUSCITATE          DNR ( TO BE CONFIRM IN CHART AT BELLEVUE RADIOLOGY)
                       BELOW THIS LINE FOR CT RADIOLOGY USE ONLY
CT PROTOCOL:                                              RADIOLOGIST APPROVAL

| DATE SCHEDULED | RUN NUMBER | DATE COMPLETED | DISK |
| | | | |
| TECH COMMENTS: | | | |

NYC
HEALTH+
HOSPITALS **PATIENT REFUSAL OF TREATMENT**

| PATIENT'S LAST NAME | FIRST NAME | NYSID NUMBER |
|---|---|---|
| RICARDO | LEON JESUS | 13499354N |

| BOOK AND CASE NUMBER | DATE | TIME | FACILITY | DATE OF ADMISSION |
|---|---|---|---|---|
| 3491606178 | 07/20/2016 | 07:14:05 PM | Robert N. Davoren Center ( | 05/27/2016 02 |

This is to certify that I am over the age of eighteen (18) years of age and I am refusing the following:

☐ MEDICAL EVALUATION [HISTORY AND PHYSICAL]   ☐ MENTAL HEALTH EVALUATION

☐ MEDICAL SERVICES   ☐ MENTAL HEALTH SERVICES

☐ ADMINISTRATION OF MEDICATION (OTHER THAN PSYCHIATRIC)   ☐ ADMINISTRATION OF PSYCHIATRIC MEDICATION

☐ LABORATORY SERVICES   ☐ X-RAY SERVICES   ☐ DIAGNOSTIC TESTING

☐ HEAT SENSITIVE HOUSING   ☐ CLINICAL APPOINTMENT AT:

☐ OTHER (SPECIFY): _Medical Flu (Dizziness; f/u labs)_

I understand this refusal is against the advice of my health care practitioner. I acknowledge that I have been informed of the risks, consequences and the danger to my health and possibly to my life which may result from my refusal of this procedure/treatment. I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility and its staff from any and all liability for ill effects that may result from my refusal of treatment.

X _Jesus Ricardo_                            07/20/2016

**Signature of Patient**                      Date

_(Via interpreter) with patient consent._

☐ Patient refused to present to clinic for informed consent discussion (Refused to Refuse)

_[signature]_                                 07/20/2016

**Signature of Person Documenting Patient's Refusal to Refuse**      Date

The above named patient refused the procedure/treatment, which is medically indicated, and necessary. I explained to the patient, the risks, consequences and dangers of refusing the procedure/treatment include but are not limited to the following:

_Poor Management of medical Problems; Complications; Death_

I provided the above named patient with the opportunity to ask questions, I have answered the questions asked and it is my professional opinion that the patient understands what I have explained.

_D. Ashley RMA_                              07/20/2016

Powered By eClinicalWorks LLC.

Patient Name: RICARDO, LEON JESUS  Book & Case No.: 3491606178
CHS 305 (Rev 10/06) English

| | PM | |
|---|---|---|
| **Temp** | | |
| 98 | 08/19/2016 05:10:09 PM | Jane Sanjose |
| **SaO2** | | |
| 98 | 08/19/2016 05:10:09 PM | Jane Sanjose |
| **Glucose** | | |
| 104 | 08/19/2016 05:10:09 PM | Jane Sanjose |

**Examination**
General Examination:
  GENERAL APPEARANCE: no acute distress.
  HEENT: normocephalic.
  NECK: supple.
  HEART: bradycardic.
  CHEST: normal.
  LUNGS: normal.
  ABDOMEN: normal.
  EXTREMITIES: normal ROM.
  BACK: unremarkable.
  MUSCULOSKELETAL: shoulders full range of motion.
  NEUROLOGIC EXAM: alert and oriented x 3.
  MENTAL STATUS: alert .

**Assessments**
1. ROUTINE MEDICAL EXAM - V70.0
2. Dizziness and giddiness - 780.4, SUGGEST CT NON CONTRAST, EMERGENCY PICK UP FOR DIZZINESS/SEEN BY NEUROLOGY 8/18/16
3. Unspecified peripheral vertigo - 386.10
4. EXCESSIVE HEAT: WEATHER - E900.0
5. REFUSED HEAT SENSITIVE - RI201
6. Head injury, unspecified - 959.01, CLAIS 4/2016

**Treatment**
**1. ROUTINE MEDICAL EXAM**
  IMAGING: EKG (DI)

**2. Dizziness and giddiness**
Start Meclizine HCl Tablet, 25 MG, Total Dose: 1TAB, Orally, BID,PRN/ GIVE STAT DOSE, 4 days, Drug Source: Pharmacy
Referral To:Radiology (REF) Bellevue   Radiology
  Reason:seen by rikers neurology/request ct head

**3. Unspecified peripheral vertigo**
  LAB: HEMOGLOBIN A1C (glycohemoglobin)
  LAB: THYROID STIMULATING HORMONE
  LAB: HEPATIC FUNCTION

**Patient: RICARDO, LEON JESUS  DOB: 10/15/1962   Progress Note: Jane Sanjose, MD   08/19/2016**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...   12/14/2016



# RICARDO, LEON JESUS

NYSID: 13499354N  BookCase: 3491606178
Facility Code: RNDC Housing Area: 4UN
53 Y old Male, DOB: 10/15/1962
Account Number: 330345
312 E 183 ST, BRONX, NY

Insurance: Self Pay
Appointment Facility: Robert N. Davoren Center (Adolescents)

**06/09/2016**                                    Appointment Provider: Jane Sanjose, MD

**Allergies**
N.K.D.A.

**Reason for Appointment**
1. OPERATION CALLED TO SEE PT
2. pt seen/examined w/ chaperon nurse RILLERA
3. PT CLAIMS HE FELT SOMETHING LIKE A BALL IN BOTH THIGH ABOUT 1 YEAR AGO.PT ALSO CLAIMS THAT HE HAD PALPITATION ABOUT 3 MONTHS AGO.
4. PT DENIES ANY CHEST PAIN TODAY,DENIES HEADACHE,DENIES SHORTNESS OF BREATH,DENIES ANY TRAUMA TODAY.

**History of Present Illness**
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
       Non-Intake Acuity Scale 2: *Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*

**Vital Signs**

| BP | | |
|---|---|---|
| 125/75 | 06/09/2016 08:49:04 PM | Jane Sanjose |
| **Pulse** | | |
| 75 | 06/09/2016 08:49:04 PM | Jane Sanjose |
| **RR** | | |
| 16 | 06/09/2016 08:49:04 PM | Jane Sanjose |
| **Temp** | | |
| 98 | 06/09/2016 08:49:04 PM | Jane Sanjose |
| **SaO2** | | |
| 99 | 06/09/2016 08:49:04 PM | Jane Sanjose |

**Examination**

General Examination:

---

Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Jane Sanjose, MD   06/09/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...   12/14/2016

**NYSID:** 13499354N   **BookCase:** 3491606178

**RICARDO, LEON JESUS**
312 E 183 ST, BRONX, NY

**DOB:** 10/15/1962   **Age:** 54 Y   **Sex:** male

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Primary Insurance:**
**PCP:**
**Account Number:**   330345

**Allergies :**   N.K.D.A

## Medical History

### Active Problem List

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|---|---|---|---|---|---|---|
| 278.00 | OBESITY NOS | | | 05/28/2016 | 05/28/2016 | Ihenacho, Gloria |
| 785.1 | Palpitations | | | 06/09/2016 | 06/09/2016 | Sanjose, Jane |
| V70.0 | ROUTINE MEDICAL EXAM | | | 06/09/2016 | 08/19/2016 | Sanjose, Jane |
| 782.2 | Localized superficial swelling, mass, or lump | | | 06/09/2016 | 06/09/2016 | Sanjose, Jane |
| 389.00 | CONDUCT HEARING LOSS NOS | | | 07/14/2016 | 07/14/2016 | Kumar, Asha |
| 784.0 | Headache | nad | | 08/05/2016 | 08/05/2016 | Criss-Horlback, Sheila |
| 380.4 | Impacted cerumen | | | 08/10/2016 | 08/17/2016 | Kramer, Theodore |
| 386.10 | Unspecified peripheral vertigo | | | 08/19/2016 | 08/19/2016 | Sanjose, Jane |
| E900.0 | EXCESSIVE HEAT: WEATHER | | | 08/19/2016 | 08/19/2016 | Sanjose, Jane |
| RI201 | REFUSED HEAT SENSITIVE | | | 08/19/2016 | 08/19/2016 | Sanjose, Jane |
| 959.01 | Head injury, unspecified | CLAIS 4/2016 | | 08/30/2016 | 08/30/2016 | Nwogwugwu, Chika |
| 780.4 | Vertigo NOS | | | 09/29/2016 | 09/29/2016 | Liburd, Jessy |
| 790.21 | Impaired fasting glucose | | | 09/29/2016 | 09/29/2016 | Liburd, Jessy |
| 278.02 | Overweight | | | 11/21/2016 | 11/21/2016 | Liburd, Jessy |
| 753.9 | URINARY ANOMALY NOS | | | 11/21/2016 | 11/21/2016 | Liburd, Jessy |
| 600.00 | BPH W/O URINARY OBSTRUCT | | | | | |

## Medications

**Name strength formulation, Sig: take route frequency**

Flomax 0.4 MG Capsule, Total Dose: 0.4 Orally Daily Start Date: 11/21/2016 KOP: No DrugSource: Pharmacy

Naproxen 250 MG Tablet, Total Dose: 500 mg Orally Twice a Day Start Date: 12/13/2016 KOP: DrugSource: Pharmacy

GENERAL APPEARANCE: no acute distress/ pt examined w/ NURSE RILLERA.
  HEENT: normocephalic.
  NECK: supple.
  HEART: normal.
  LUNGS: normal.
  ABDOMEN: normal without tenderness, masses, or megaly, soft, BS present, obese.
  SKIN: MASS, ABOUT 1CM, NON TENDER, NO BLEEDING LEFT THIGH.
  EXTREMITIES: normal ROM, no cyanosis, no clubbing.
  BACK: unremarkable.
  MUSCULOSKELETAL: shoulders full range of motion.
  NEUROLOGIC EXAM: alert and oriented x 3.
  MENTAL STATUS: alert .

**Assessments**
1. Palpitations - 785.1 (Primary)
2. ROUTINE MEDICAL EXAM - V70.0
3. Localized superficial swelling, mass, or lump - 782.2

**Treatment**
**1. ROUTINE MEDICAL EXAM**
   IMAGING: EKG (DI)

**2. Localized superficial swelling, mass, or lump**
Referral To: Surgery WF    Surgery
      Reason: PT CLAIMS FELT SOMETHING LIKE A BALL IN BOTH THIGHS X 1 YEAR AGO,,R/O LIPOMA OR CYST;;CLAIMS GOT WORST A MONTH AGO.


Disposition: General Population


**Appointment Provider: Jane Sanjose, MD**



**Electronically signed by Jane Sanjose MD on 06/09/2016 at 11:40 PM EDT**

**Sign off status: Completed**

---

**Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Jane Sanjose, MD   06/09/2016**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# NYC HEALTH+ HOSPITALS

Insurance: Self Pay

**RICARDO, LEON JESUS**

NYSID: 13499354N  BookCase: 3491606178
Facility Code: RNDC Housing Area: 4UN
53 Y old Male, DOB: 10/15/1962
Account Number: 330345
312 E 183 ST, BRONX, NY

Appointment Facility: West Facility

09/07/2016

Sai Kollas, MD

### Reason for Appointment
1. patient seen 8/16/16; 4-6 Weeks

### History of Present Illness
Notes::
   53 yrs old male with hx of dizziness was seen by Dr. segal came for f/u. pt states that he is feeling much better, dizziness is mild now. ear wax was removed. Denies headaches, n/v, imbalance, visual disturbances and weakness in the extremities. pt went for ct of head and result is not available at this time.

### Examination
General Examination:
   GENERAL APPEARANCE: well-appearing, no acute distress.
Neurological:
   CORTICAL FUNCTIONS: alert and oriented X 3.
   CRANIAL NERVES: , III , IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile., XI - Sternocleidomastoid, trapezius strength intact., XII - Tongue protruded midline w/o atrophy or fasciculations.
   MOTOR STRENGTH: V/ V bilaterally, no drift, no cogwheeling.
   SENSORY: normal bilaterally for L/T.
   REFLEXES: bilaterally symmetrical.
   CEREBELLAR SIGNS: absent.
   TREMORS: absent.
   COORDINATION: finger-to-nose and rapid alternating movements were intact, No ataxia.
   GAIT AND STATION: Within normal limits, Romberg was negative.

### Assessments
1. Vertigo NOS - 780.4

### Treatment
**1. Vertigo NOS**
Notes: Will obtain ct head result. As the pt is feeling better will f/u prn. Sent message to Miss wanda williams and Pitter Jorelli via e-mail.

Patient: RICARDO, LEON JESUS   DOB: 10/15/1962   Progress Note: Sai Kollas, MD   09/07/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...   12/14/2016

Jesus Ricardo Leon # 3491606178 4/N
11-11 Hazen Street
E. Elmhurst, N.Y. 11370




U.S. POSTAGE
PAID
EAST ELMHURST, NY
11369
MAR 08, 17
AMOUNT
$2.30
1004    10007    R2305K135028-03

RECEIVED
SDNY DOCKET UNIT
2017 MAR 10 PM 3: 44

USM P3
SDNY

United State District
Courthouse
Pro Se Clerk
500 Pearl Street
New York, NY
10007



Expected Delivery Day: 03/09/2017
USPS TRACKING NUMBER

9505 5161 9361 7067 0410 37



PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
Label 107R, July 2013